**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

In the matter of:  
**LYONS, DENISE ANN MARIE**

**Case No. 03-55916 JEH**

**Chapter 7**

**Judge JOHN E. HOFFMAN JR.**

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $84.06 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Florida Light and Power c/o CBCS P.O. Box 69 Columbus, OH 43216 | #15 | $84.06 |

Total Unclaimed/Small  
Dividends $25.00 or under

$0.00

Total Unclaimed  
Dividends Over $25.00

$84.06

Dated: October 14, 2010

/s/ Frederick L. Ransier  
Case Trustee

cc: U.S. Trustee